No. 00–5228. LAWSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–5229. VIRAY v. UNITED STATES BANK NATIONAL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–5232. MINGO v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–5235. PATTERSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–5236. KULAS v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–5237. LATHAN v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–5238. KOPLITZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–5239. LONG v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–5240. JONES v. GUNDY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5241. DILLINGHAM v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5242. McMANUS v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 00–5243. THROWER v. MENGEL, CLERK, SUPREME COURT OF OHIO, ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 00–5244. LOVETT v. TYSZKIEWICZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5245. MAYNARD v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.